# Exhibit A

| | |
|---|---|
| No. 22A00088 | **STATE COURT OF DEKALB COUNTY** |
| | GEORGIA, DEKALB COUNTY |
| Date Summons Issued and Filed 1/7/2022 | **SUMMONS** |
| /s/ Monica Gay | |
| Deputy Clerk | |

DEBORAH TURMAN
_____
(Plaintiff's name and address)

vs.

Macy's Retail Holdings Inc.
c/o Corporate Creations Network Inc
2985 Gordon Pkwy, 1st Flr, Marietta, GA
(Defendant's name and address)

Deposit Paid $ _____

[ ] **ANSWER**

[ ] **JURY**

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Lolethea Denise Hale Esq., Hale Law Firm P.C.
(Name)
Post Office Box 793, Jonesboro, GA 30237
(Address)
(628) 610-0970          317523
(Phone Number)          (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

| Defendant's Attorney | Third Party Attorney |
|---|---|
| | |
| Address | Address |
| Phone No.   Georgia Bar No. | Phone No.   Georgia Bar No. |

**TYPE OF SUIT**

☐ Account          ☐ Personal Injury
☐ Contract         ☐ Medical Malpractice
☐ Note             ☐ Legal Malpractice
☐ Trover           ☐ Product Liability
                   ☒ Other Premises Liability

Principal   $ _____
Interest    $ _____
Atty Fees   $ _____

☐ Transferred From _____

**(Attach BLUE to Original and WHITE to Service Copy of complaint)**

summons1-2008rev

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| DEBORAH TURMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. 22A00088 |
| | ) | |
| v. | ) | _____ |
| | ) | |
| MACY'S RETAIL HOLDINGS INC. | ) | |
| | ) | Jury Trial Demanded. |
| Defendant. | ) | |

**COMPLAINT FOR DAMAGES**

**COMES NOW**, DEBORAH TURMAN plaintiff in the above-styled matter and file this Complaint for Damages in the above-styled action and shows this Court the following:

**JURISDICTION, VENUE AND PARTIES**

1.

Plaintiff DEBORAH TURMAN (hereinafter "Mrs. Turman") is a resident of Walton County, State of Georgia, and submits herself to the jurisdiction of this Court.

2.

Defendant MACY'S RETAIL HOLDINGS INC. (hereinafter referred to "Macy's"), a foreign limited liability corporation licensed to conduct business in the State of Georgia at the time of the subject incident. Macy's principal place of business is located at 145 Progress Place, Springdale, OH.

3.

Macy's registered agent is Corporate Creations Network, Inc. located at 2985 Gordy Parkway, 1st Floor, Marietta, Cobb County, Georgia. Defendant may be served with service and process through its registered agent at said address.

4.

The subject incident took place at Stonecrest Mall located in Dekalb County, State of Georgia.

5.

Jurisdiction and venue are proper with this Court.

**ALLEGATION OF FACTS COMMON TO ALL CLAIMS**

6.

On January 18, 2020 Defendant Macy's was the owner and operator of Macy's Department Store located at Stonecrest Mall, 8030 Mall Parkway, Lithonia Dekalb County, Georgia.

7.

On said date, Mrs. Turman went onto Defendant's premises to shop when she was caused to slip and fall as a result of water or some other wet substance on the floor near the store entrance.

8.

On said date, another customer, Jane Doe, provided notice and warning to Defendant's employee(s) of the wet and slippery floor conditions because she, Jane Doe, nearly slipped and fell on the same wet substance prior to Mrs. Turman entering the premises.

9.

As a result of Jane Doe's warning to Defendant's employee(s), said employee placed a yellow "wet floor" caution sign another entrance, in an area unrelated to the area where Jane Doe almost slipped and fell and where Mrs. Turman actually slipped and fell.

10.

Subsequent to Mrs. Turman's slip and fall, Defendant's employee(s) eventually placed a yellow "wet floor" caution in the correct entrance and area of the premises which was where Jane Doe nearly fell prior to Mrs. Turman entering the premises and slipping and falling.

**NEGLIGENCE**

11.

Defendant knew, or, in the exercise of reasonable care should have known, of the condition, or Defendant created the condition either through

the acts of its employees, in its negligent maintenance of the premises, or in its negligent method of operation, and Defendant should have corrected the condition or warned Ms. Turman of its existence.  Additionally, Defendant should have had non-slip surface which will would have prevented the fall which resulted from a foreseeable condition.

12.

Based upon the foregoing, Defendant breached their duty to Mrs. Turman and failed to exercise ordinary care.

13.

As a result of the negligence of the Defendant, Mrs. Turman suffered permanent bodily injury and scarring resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care, treatment, and loss of earnings of loss of ability to earn money. As the injuries are permanent, Mrs. Turman will continue to suffer losses in the future.

14.

As a result of said occurrence, Ms. Turman has suffered severe and disabling injuries including permanent scarring.

15.

As a further result of said injuries, Mrs. Turman was initially required to be under the care and treatment of medical doctors, medicine, and/or drugs. Further, Plaintiff have suffered, suffers, and will continue to suffer great pain of mind and body, has incurred and may continue to incur medical and drug expenses.

16.

As a result of the aforementioned negligence of the Defendant, Mrs. Turman has suffered economic losses in terms of lost wages.

**PUNITIVE DAMAGES**

17.

Plaintiff reallege and incorporates herein by reference paragraphs one (1) through twenty-three (16) as if each paragraph was set forth fully, seriatim

18.

The Defendant's actions were willful and malicious and due to aggravation in both act and the intention of Defendant, the Plaintiff is, therefore, entitled to damages under O.C.G.A. §51-12-5.1 as measured by the enlightened conscience of an impartial jury.

## **ATTORNEY FEES**

19.

Plaintiff reallege and incorporates herein by reference paragraphs one (1) through twenty-three (18) as if each paragraph was set forth fully, seriatim.

20.

The Defendant Macy's have acted in bad faith, have been stubbornly litigious, and have caused the Plaintiff unnecessary delay and expense. Plaintiff state that the Defendants have no legitimate defense to her claim and, therefore, seeks reasonable fees for having to retain the services of an attorney to pursue her claims.

**WHEREFORE,** Plaintiff pray:

a) That summons of process be issued;

b) That Plaintiff be heard on the matters contained in this Complaint;

c) That the Plaintiff have judgment against the Defendant for compensatory damages,

d) That the Plaintiff have judgment against the Defendant for all past and future expenses, including but not limited to medical and drug

expenses, loss of earning potential, and lost wages, incurred by the Plaintiff;

e) That the Plaintiff have judgment against the Defendant for all past, present, and future pain and suffering, including but not limited to emotional distress, as measured by the enlightened conscience of the jury;

f) That Plaintiff have judgment against the Defendant for punitive damages pursuant to O.C.G.A. § 51-12-5.1;

g) That the Plaintiff have judgment against the Defendant Macy's, for attorney fees;

h) That all costs be taxed against the Defendant and,

i) That the Plaintiff have such other relief as the Court may deem just and proper.

This the 7th day of January 2022.

                                                  **HALE LAW FIRM, P.C.**

                                                  **/s/LOLETHA DENISE HALE**
                                                  **LOLETHA DENISE HALE, ESQ.**
                                                  Georgia Bar No.  317523

Attorney for Plaintiff
Post Office Box 793
Jonesboro, Georgia  30237
Ph: 678.610.0970
halelawfirmpc@yahoo.com

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of _____DEKALB_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed  1/7/2022 | Case Number  22A00088 |
| MM-DD-YYYY | |

**Plaintiff(s)**

TURMAN         DEBORAH
Last           First           Middle I.    Suffix    Prefix

_____
Last           First           Middle I.    Suffix    Prefix

_____
Last           First           Middle I.    Suffix    Prefix

_____
Last           First           Middle I.    Suffix    Prefix

**Defendant(s)**

MACY'S         RETAIL         HOLDING    INC.
Last           First           Middle I.    Suffix    Prefix

_____
Last           First           Middle I.    Suffix    Prefix

_____
Last           First           Middle I.    Suffix    Prefix

_____
Last           First           Middle I.    Suffix    Prefix

**Plaintiff's Attorney** LOLETHA DENISE HALE, ESQ.   **State Bar Number** 317523   **Self-Represented** ☐

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
       Case Number                            Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20